FILED
2026 Sep-08 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cr-88-LCB-GMB-2** |
| | ) | |
| **LABRONZE CURRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On August 12, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Gray M. Borden. A Report and Recommendation was filed on August 13, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**, and the guilty plea is accepted.

**DONE** and **ORDERED** this September 8, 2026.

LILES C. BURKE
U.S. DISTRICT JUDGE